CD/IL PROB 12B
(Rev. 3/99)

# United States District Court
## for
### CENTRAL DISTRICT OF ILLINOIS
### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

| | | |
|---|---|---|
| **NAME/ADDRESS OF OFFENDER:** | CHERI LYNN MALLERY<br>602 East 5th Street<br>Kewanee, IL 61443 | **CASE NUMBER:** 00-40042-002 |
| **SENTENCING JUDICIAL OFFICER:** | HONORABLE FRANK R. ZAPATA<br>U.S. District Judge<br>District of Arizona | |
| **DATE OF ORIGINAL SENTENCE:** | 04/12/99 | |
| **ORIGINAL OFFENSE:** | Conspiracy to Possess with Intent to Distribute Marijuana | |
| **ORIGINAL SENTENCE:** | 30 months custody and 4 years supervised release with special conditions: 1) participate in substance abuse treatment and testing as directed; and 2) submit to searches of person, property, vehicles, business, and residence at the direction of the probation officer. | |
| **TYPE OF SUPERVISION:** | Supervised Release | |
| **DATE SUPERVISION COMMENCED:** | 06/29/02 in Central District of Illinois at Rock Island<br><br>08/04/02 jurisdiction accepted in Central District of Illinois at Rock Island<br><br>12/08/03 Request for Modifying Conditions of Supervision filed to report the offender falsified documents provided to the probation office, consumed alcohol while in treatment, and associated with a convicted felon.  On 12/08/03, the Court modified supervised release to add special condition no. 3) refrain from any use of alcohol and not enter any bars.<br><br>01/21/04 Petition for Warrant or Summons for Offender Under Supervision was filed alleging the offender possessed and used cocaine on 12/04/03, 12/22/03 and on 01/06/04.  A warrant was issued.  On 01/23/04 offender was arrested on this warrant and was released on 01/28/04 on existing conditions of supervised release.<br><br>04/08/04 Petition for Action on Conditions of Pretrial Release was filed alleging the offender violated bond by possessing and using cocaine on 03/18/04.  A warrant was issued.  On 04/20/04 offender was arrested and detained pending a supervised release revocation hearing. | |

Re:   Cheri Lynn Mallery                                                                 2

                                              06/17/04 supervised release revoked by the Court. Offender was sentenced to 6 months custody and a 6-month term of supervised release with special condition: 1) participate in substance abuse treatment and testing as directed

**DATE SUPERVISION RE-COMMENCED:** 10/12/04

                                                11/10/04 violation report submitted to the Court to report the offender possessed and used cocaine on 10/26/04.  No action to revoke supervised release was recommended as the offender was admitted to outpatient substance abuse treatment.  The Court concurred.

                                                12/27/04 violation report submitted to the Court to report the offender possessed and used cocaine on 11/30/04 and 12/09/04.  No action to revoke supervised release was recommended as the offender was admitted to inpatient substance abuse treatment on 12/21/04.  The Court concurred.

---

## PETITIONING THE COURT

[ ]   To extend the term of supervision for  years, for a total term of  years.
[X]   To modify the conditions of supervision as follows:

      Add Special Condition No. 2: You shall participate in psychiatric services and/or a program of mental health counseling/treatment as directed by the probation officer and shall take any and all prescribed medications as directed by the treatment providers.  You shall pay for these services as directed by the probation officer.

## CAUSE

On December 21, 2004, offender Mallery was admitted to inpatient substance abuse treatment at Riverside, a substance abuse treatment center in Rock Island, Illinois. While involved in this substance abuse treatment, she also became involved in mental health counseling to address past domestic and sexual abuse victimization. Offender Mallery was subsequently discharged from inpatient substance abuse treatment on January 9, 2005.  At that time, she was recommended to attend substance abuse aftercare and mental health group counseling at Bridgeway, a substance abuse treatment center in Kewanee, Illinois.

Since January 2005, offender Mallery has participated in substance abuse and mental health counseling services at Bridgeway in Kewanee, Illinois.

                                                        Respectfully submitted,

                                                        s/Mike Martens

                                                        MICHAEL T. MARTENS
                                                       U.S. Probation Officer
                                                       Date:  March 28, 2005

MTM/cg

Re:  Cheri Lynn Mallery                                                                 3

---

THE COURT ORDERS:

[   ] No Action
[   ] The Extension of Supervision as Noted Above
[ X ] The Modification of Conditions as Noted Above
[   ] Other

```
                                     _____
                                     S/Michael M. Mihm
                                     HONORABLE MICHAEL M. MIHM
                                     U.S. District Judge
                                     Date: April 4, 2005
```