E-FILED
Monday, 04 April, 2005   10:39:02 AM
Clerk, U.S. District Court, ILCD

PROB 49

# UNITED STATES DISTRICT COURT
# for the
# CENTRAL DISTRICT OF ILLINOIS

Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision

  I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended.  By 'assistance of counsel', I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel.  I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

  I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel.  I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

  Special Condition No. 2:  You shall participate in psychiatric services and/or a program of mental health counseling/treatment as directed by the probation officer and shall take any and all prescribed medications as directed by the treatment providers.  You shall pay for these services as directed by the probation officer.

| Witness: s/ Mike Martens | Signed: s/Cheri Mallery |
|---|---|
| MICHAEL T. MARTENS | Cheri L. Mallery |
| U.S. Probation Officer | Supervised Releasee |

03/18/05
DATE